1  JAMES L. JACOBS, State Bar No. 158277
   ROBERT W. LUCKINBILL, State Bar No. 131977
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, CA 94043
   Telephone: (650) 428-3900
4  Facsimile: (650) 428-3901

5  Attorneys for Defendant
   DRS Tactical Systems, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  PALPILOT INTERNATIONAL          No. C07 02481
    CORPORATION, a California corporation
13                                  NOTICE OF REMOVAL OF ACTION
            Plaintiff,              PURSUANT TO 28 U.S.C. § 1441(b)
14                                  [DIVERSITY]
         vs.
15                                  Santa Clara County
    DRS TACTICAL SYSTEMS, INC., a   Superior Court
16  Florida corporation, and DOES 1 to 10,   Case No. 107CV0833091
    inclusive
17
            Defendant
18

19  TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE NORTHERN

20  DISTRICT OF CALIFORNIA:

21         PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441(a), defendant DRS

22  Tactical Systems, Inc. ("DRS Tactical"), a Florida corporation, hereby removes this action

23  to this Court. In support of the removal of this action, DRS Tactical states the following:

24         1.     On April 3, 2007, an action was commenced in the Superior Court of the

25  State of California in and for the County of Santa Clara, entitled Palpilot International

26  Corporation, a California corporation vs. DRS Tactical Systems, Inc., a Florida

27  corporation, as Case Number 107CV0833091.

28

    Notice of Removal              -1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

2.    The first date upon which defendant DRS Tactical received a copy of the complaint ("Complaint") in the aforesaid action was April 9, 2007, when defendant received a copy of the Complaint and a summons from the said state court.  Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint and all other documents that plaintiff Palpilot International Corporation ("Palpilot") has purportedly served on DRS Tactical are annexed hereto collectively as "Exhibit A."

3.    This Notice of Removal is filed within 30 days after service of the Complaint upon DRS Tactical, in compliance with 28 U.S.C. § 1446(b).

4.    BASIS FOR FEDERAL JURISDICTION:    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.  Jurisdiction exists because at all relevant times, the parties have been and are, respectively, citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

a)    Defendant DRS Tactical is, and was at the time of the filing of this action, a corporation organized under the laws of the State of Florida, with its principal place of business located in Melbourne, Florida.  Defendant is informed and believes that plaintiff was, at the time of the filing of this action, and still is, a corporation organized under the laws of the State of California with its principal place of business located in Santa Clara, California.

b)    Plaintiff's Complaint states that plaintiff seeks compensatory damages of $381,539.24, plus interest.  This amount of damages sought exceeds the $75,000 threshold.

5.    DRS Tactical is not a citizen of the State of California.  Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

6.    INTRADISTRICT ASSIGNMENT:  Assignment of this matter to the San Jose Division is appropriate by virtue of the fact that it has been removed from the Superior Court of California for the County of Santa Clara.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

1        7.     Pursuant to 28 U.S.C. § 1446(d), DRS Tactical will file a copy of this

2  Notice of Removal with the Clerk of the Superior Court of Santa Clara County, and will

3  serve a copy of this Notice on counsel for Plaintiff.

4

Dated:     May 8, 2007

5                         GCA LAW PARTNERS LLP

6

7                         By

8                             James L. Jacobs

9                      Attorneys for Defendant
DRS Tactical Systems, Inc.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900