PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| STEPHEN K. LEW, Prof. Law Corp.<br>Stephen K. Lew, Esq. (SBN 069124)<br>5149 Moorpark Avenue, Suite 105<br>San Jose, CA 95129<br>TELEPHONE NO: (408) 984-6525   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff PALPILOT INTERNATIONAL CORPORATION | ENDORSED<br>2007 APR -3 P 12: 24<br>KIRI TORRE, [illegible]<br>COUNTY OF [illegible]<br>BY: _____ G. FUJIHARA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Civil Courthouse

PLAINTIFF: PALPILOT INTERNATIONAL CORPORATION, a California corporation

DEFENDANT: DRS TACTICAL SYSTEMS, INC., a Florida corporation

[✓] DOES 1 TO 10, inclusive

CONTRACT
[✓] COMPLAINT          [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000 but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 107CV083091

1. **Plaintiff** (name or names):
   PALPILOT INTERNATIONAL CORPORATION, a California corporation
   alleges causes of action against **defendant** (name or names):
   DRS TACTICAL SYSTEMS, INC., a Florida corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. a. Each plaintiff named above is a competent adult
      [✓] except plaintiff (name):
         (1) [✓] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity (describe):
         (3) [ ] other (specify):

   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [✓] except defendant (name): DRS TACTICAL SYSTEMS, INC.   except defendant (name):
         (1) [ ] a business organization, form unknown          (1) [ ] a business organization, form unknown
         (2) [✓] a corporation                                  (2) [ ] a corporation
         (3) [ ] an unincorporated entity (describe):           (3) [ ] an unincorporated entity (describe):
         (4) [ ] a public entity (describe):                    (4) [ ] a public entity (describe):
         (5) [ ] other (specify):                               (5) [ ] other (specify):

* if this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

COMPLAINT—Contract

Code of Civil Procedure, § 425.12
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-C-001

| SHORT TITLE: PALPILOT INTL. CORP. vs. DRS TACTICAL SYSTEMS, INC., et al; | CASE NUMBER |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [✓] Doe defendants *(specify Doe numbers):* 1 to 6, inclusive ___ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [✓] Doe defendants *(specify Doe numbers):* 4 to 10, inclusive ___ are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, **and**
      a. [ ] has complied with applicable claims statutes, *or*
      b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to   [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.

7. This court is the proper court because
   a. [✓] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [✓] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   [✓] Breach of Contract
   [✓] Common Counts
   [ ] Other *(specify):*

9. [ ] Other allegations:

10. **Plaintiff prays** for judgment for costs of suit, for such relief as is fair, just, and equitable; and for
    a. [✓] damages of: $ 381,539.24
    b. [✓] interest on the damages
       (1) [ ] according to proof
       (2) [✓] at the rate of *(specify):* 10 percent per year from *(date):* January 24, 2006
    c. [✓] attorney's fees
       (1) [ ] of: $
       (2) [✓] according to proof.
    d. [ ] other *(specify):*

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: APR - 2 2007

STEPHEN K. LEW, Prof. Law Corp.
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

**COMPLAINT—Contract**

PLD-C-001 [Rev January 1, 2007]

Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: PALPILOT INTL. CORP. vs. DRS TACTICAL SYSTEMS, INC., et al | CASE NUMBER: |
|---|---|

**First**     **CAUSE OF ACTION—Breach of Contract**
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* PALPILOT INTERNATIONAL CORPORATION, a California corporation

alleges that on or about *(date):* December 1, 2005
a [✓] written [ ] oral [ ] other *(specify):*
agreement was made between *(name parties to agreement):* PALPILOT INTERNATIONAL CORPORATION and DRS TACTICAL SYSTEMS, INC., DOES 1 to 10, inclusive

[ ] A copy of the agreement is attached as Exhibit A, or
[✓] The essential terms of the agreement [ ] are stated in Attachment BC-1 [✓] are as follows *(specify):*

That plaintiff PALPILOT INTERNATIONAL CORPORATION will provide the goods and services to defendants specified by defendants on the purchase orders/invoices, and that defendants will pay for same. Plaintiff is in the business of providing printed circuit board fabrication and assembly work.

BC-2. On or about *(dates):* January 24, 2006 and thereafter,
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [✓] the following acts *(specify):*

Defendants incurred charges for the goods and services in the course of plaintiff performing the services contracted for, including the purchase by plaintiff of components, parts and inventory needed to do the printed circuit board fabrication work called for in the contract. Defendants, and each of them, have refused and continue to refuse to pay such sums billed or billable to defendants. Defendants, without cause, terminated the contract before it was fully performed.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4   [✓] as follows *(specify):*

$300,126.78, plus interest, from and after January 24, 2006 for the components, parts and inventory purchased for defendants' job.

$ 81,412.46, plus interest from and after January 24, 2006 for the lost profit on the 514 unfinished units contracted for.

$381,539.24   TOTAL

BC-5. [✓] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[✓] according to proof.

BC-6. [✓] Other:
Cost of suit herein incurred.

Page 3

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-C-001(2)

| SHORT TITLE: PALPILOT INTL. CORP. vs. DRS TACTICAL SYSTEMS, INC., et al | CASE NUMBER: |
|---|---|

__Second__ CAUSE OF ACTION—Common Counts
(number)

ATTACHMENT TO [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name)*: PALPILOT INTERNATIONAL CORPORATION, a California corporation

alleges that defendant *(name)*: DRS TACTICAL SYSTEMS, INC. and DOES 1 to 10, inclusive

became indebted to   [✓] plaintiff   [ ] other *(name)*:

a. [ ] within the last four years
  (1) [ ] on an open book account for money due.
  (2) [ ] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [✓] within the last  [ ] two years  [✓] four years
  (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
  (2) [✓] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
    [✓] the sum of $ 381,539.24
    [ ] the reasonable value.
  (3) [✓] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
    [✓] the sum of $ 381,539.24
    [ ] the reasonable value.
  (4) [ ] for money lent by plaintiff to defendant at defendant's request.
  (5) [✓] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
  (6) [ ] other *(specify)*:

CC-2. $ 381,539.24 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest  [ ] according to proof  [✓] at the rate of __10__ percent per year from *(date)*: January 24, 2006

CC-3. [✓] Plaintiff is entitled to attorney fees by an agreement or a statute
  [ ] of $
  [✓] according to proof.

CC-4. [✓] Other:
  Cost of suit herein incurred.

Page __4__

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—Common Counts

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DRS TACTICAL SYSTEMS, INC., a Florida corporation, and DOES 1 to 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PALPILOT INTERNATIONAL CORPORATION,
a California corporation

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
2007 APR -3 P 12: 24

KIRI TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY: _____ C. FUJIHARA
       DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY
191 N. First Street
San Jose, CA 95113

CASE NUMBER: *(Número del Caso)*
107CV083091

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
STEPHEN K. LEW, Prof. Law Corp.           Stephen K. Lew, Esq. (SBN 069124)
5149 Moorpark Avenue, Suite 105, San Jose, CA 95129           Tel: (408) 984-6525

DATE:                    Kiri Torre           Clerk, by _____ C. FUJIHARA _____, Deputy
*(Fecha)* APR - 3 2007                           *(Secretario)*                              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☑ on behalf of *(specify)*: DRS TACTICAL SYSTEMS, INC.

   under: ☐ CCP 416.10 (corporation)              ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☑ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

ATTACHMENT A

# CIVIL LAWSUIT NOTICE

CASE NUMBER: 1-07 CV 083091

Superior Court of California, County of Santa Clara
191 N. First St., San Jose, CA 95113

**READ THIS ENTIRE FORM**

**PLAINTIFFS** (the person(s) suing): Within 60 days after filing the lawsuit, you must serve each defendant with the Complaint, Summons, an Alternative Dispute Resolution (ADR) Information Sheet, and a copy of this Civil Lawsuit Notice, and you must file written proof of such service.

> **DEFENDANTS** (the person(s) being sued): **You must do each of the following to protect your rights:**
> 1. You must file **a written response** to the Complaint, in the clerk's office of the Court, within **30 days** of the date the Summons and Complaint were served on you;
> 2. You must send a copy of your written response to the plaintiff; and
> 3. You must attend the first Case Management Conference.
>    **Warning: If you do not do these three things, you may automatically lose this case.**

**RULES AND FORMS:** You must follow the California Rules of Court (CRC) and the Santa Clara County Superior Court Local Civil Rules and use proper forms. You can get legal information, view the rules and get forms, free of charge, from the Self-Service Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), or from:

- State Rules and Judicial Council Forms: www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms: www.sccsuperiorcourt.org/civil/rule1toc.htm
- Rose Printing, 49 N. First St., San Jose (408-293-8177)

For other local information, visit the Court's Self-Service website www.scselfservice.org and select "Civil."

**CASE MANAGEMENT CONFERENCE (CMC):** You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC. You must also fill out, file and serve a Case Management Statement (Judicial Council form CM-110) at least 15 calendar days before the CMC. You or your attorney must appear at the CMC. You may ask to appear by telephone – see Local Civil Rule 8.

Your Case Management Judge is: Joseph Huber    DEPT: 8

The first CMC is scheduled as follows: (Completed by Clerk of Court)
   Date: AUG 14 2007   Time: 1:30 PM   Dept.: 8

The next CMC is scheduled as follows: (Completed by party if the first CMC was continued or has passed)
   Date: _____   Time: _____   Dept.: _____

**ALTERNATIVE DISPUTE RESOLUTION (ADR):** If all parties have appeared and filed a completed ADR Stipulation Form (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2156) for a list of ADR providers and their qualifications, services, and fees.

**WARNING:** Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

Form CV-5012
Rev. 1/01/04

CIVIL LAWSUIT NOTICE

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
## ALTERNATIVE DISPUTE RESOLUTION
## INFORMATION SHEET / CIVIL DIVISION

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

*What is ADR?*

ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

*What are the advantages of choosing ADR instead of litigation?*

ADR can have a number of advantages over litigation:

- **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

- **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

- **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

- **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

- **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

*What are the main forms of ADR offered by the Court?*

- **Mediation** is an informal, confidential process in which a neutral party (the mediator) assists the parties in understanding their own interests, the interests of the other parties, and the practical and legal realities they all face. The mediator then helps the parties to explore options and arrive at a mutually acceptable resolution of the dispute. The mediator does not decide the dispute. The parties do.

- Mediation may be appropriate when:
    - The parties want a non-adversary procedure
    - The parties have a continuing business or personal relationship
    - Communication problems are interfering with a resolution
    - There is an emotional element involved
    - The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

- **Arbitration** is a normally informal process in which the neutral (the arbitrator) decides the dispute after hearing the evidence and arguments of the parties. The parties can agree to binding or non-binding arbitration. Binding arbitration is designed to give the parties a resolution of their dispute when they cannot agree by themselves or with a mediator. If the arbitration is non-binding, any party can reject the arbitrator's decision and request a trial.

  Arbitration may be appropriate when:
  - The action is for personal injury, property damage, or breach of contract
  - Only monetary damages are sought
  - Witness testimony, under oath, is desired
  - An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)

- **Neutral evaluation** is an informal process in which a neutral party (the evaluator) reviews the case with counsel and gives a non-binding assessment of the strengths and weaknesses on each side and the likely outcome. The neutral can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

  Neutral evaluation may be appropriate when:
  - The parties are far apart in their view of the law or value of the case
  - The case involves a technical issue in which the evaluator has expertise
  - Case planning assistance would be helpful and would save legal fees and costs
  - The parties are interested in an injunction, consent decree, or other form of equitable relief

- **Special masters and referees** are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.

  Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.

- **Settlement conferences** are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.

  Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

*What kind of disputes can be resolved by ADR?*

Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; and sports, among other matters.

*Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, for information about ADR procedures, or for other questions about ADR?*

Contact:
Santa Clara County Superior Court
ADR Administrator
408-882-2530

Santa Clara County DRPA Coordinator
408-792-2704

---

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET/ CIVIL DIVISION**

CV-5003 REV 5/06

**CT CORPORATION**
A Wolters Kluwer Company

**Service of Process Transmittal**
04/09/2007
Log Number 512113829



| | |
|---|---|
| **TO:** | Kelly Ann Traver, Manager of Legal Support Services<br>DRS Technologies, Inc.<br>5 Sylvan Way, 3rd Floor<br>Parsippany, NJ, 07054- |
| **RE:** | **Process Served in Florida** |
| **FOR:** | DRS Tactical Systems, Inc. (Domestic State: FL) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Palpilot International Corporation, etc., Pltf. vs. DRS Tactical Systems, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Notice and Acknowledgment of Receipt (2 sets), Summons, Complaint, Information Sheet, Notice, Self Addressed Stamped Envelope |
| **COURT/AGENCY:** | Santa Clara County Superior Court of California, .<br>Case # 107CV083091 |
| **NATURE OF ACTION:** | Monies Due and Owing - Services Rendered - Materials Provided - Seeking $381,539.24 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/09/2007 postmarked on 04/04/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days - File Written Response // Within 20 days - Complete Acknowledgement of Receipt |
| **ATTORNEY(S) / SENDER(S):** | Stephen K. Lew<br>Stephen K. Lew, Prof. Law Corp.<br>5149 Moorpark Ave.<br>Suite 105<br>San Jose, CA, 95129<br>408-984-6525 |
| **REMARKS:** | Enclosed is a Notice and Acknowledgement of Receipt of Summons and Complaint for your consideration. Please be aware that C T Corporation System does not sign on behalf of your company |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790220477338 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL, 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / LH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**STEPHEN K. LEW, PH.D., J.D.**
*A Professional Law Corporation*
5149 MOORPARK AVENUE, SUITE 105
SAN JOSE, CALIFORNIA  95129
(408) 984-6525

April 3, 2007

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

C T CORPORATION SYSTEMS
1200 S. Pine Island Road
Plantation, FL  33324

      RE:  Palpilot International Corporation
            vs. DRS Tactical Systems, Inc., et al
            Santa Clara Superior Action #107CV083091
            Collection claim, $381,539.24

Dear Sir/Madam:

     I represent Palpilot International Corporation in the above-captioned matter.

     According to the Florida Department of State Division of Corporations, your firm is the duly appointed agent for service of process for DRS Tactical Systems, Inc.

     You are hereby served with the lawsuit.  I request that you sign and return the original of the Acknowledgment & Receipt form to me in the stamped self-addressed return envelope which I have provided.  But be advised that under California law, service of the Summons & Complaint on you is good notwithstanding your refusal to send the form back.

     Feel free to call if you have any questions.

                             Very truly yours,

                             STEPHEN K. LEW, Prof. Law Corp.

                   By_____
                           Stephen K. Lew
SKL/s                       Attorney at Law
encls.

cc:  PALPILOT INTL. CORP.
     Attn: Y.C. Hwang, V.P.

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| STEPHEN K. LEW, Prof. Law Corp.<br>Stephen K. Lew, Esq. (SBN 069124)<br>5149 Moorpark Avenue, Suite 105<br>San Jose, CA 95129 | |
| TELEPHONE NO.: (408) 984-6525    FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Plaintiff PALPILOT INTERNATIONAL CORP. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CLARA
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Civil Courthouse

PLAINTIFF/PETITIONER: PALPILOT INTERNATIONAL CORPORATION

DEFENDANT/RESPONDENT: DRS TACTICAL SYSTEMS, INC., et al

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>107CV083091 |
|---|---|

TO *(insert name of party being served)*: DRS TACTICAL SYSTEMS, INC., a Florida corporation

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: APR - 3 2007

STEPHEN K. LEW, Prof. Law Corp.
(TYPE OR PRINT NAME)                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other *(specify)*:
   a. Civil Lawsuit Notice
   b. ADR Information Sheet
   c. Copy of this Notice & Acknowledgment of Receipt form
   d. Stamped, self-addressed return envelope

*(To be completed by recipient):*

Date this form is signed:

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                     ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use            **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**            Code of Civil Procedure,
Judicial Council of California                                                                           §§ 415.30, 417.10
POS-015 [Rev. January 1, 2005]                                                                           www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| STEPHEN K. LEW, Prof. Law Corp.<br>Stephen K. Lew, Esq. (SBN 069124)<br>5149 Moorpark Avenue, Suite 105<br>San Jose, CA 95129<br>TELEPHONE NO.: (408) 984-6525   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff PALPILOT INTERNATIONAL CORP. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Civil Courthouse

PLAINTIFF/PETITIONER: PALPILOT INTERNATIONAL CORPORATION
DEFENDANT/RESPONDENT: DRS TACTICAL SYSTEMS, INC., et al

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>107CV083091 |
|---|---|

TO (insert name of party being served): DRS TACTICAL SYSTEMS, INC., a Florida corporation

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: APR - 3 2007

STEPHEN K. LEW, Prof. Law Corp.
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
   a. Civil Lawsuit Notice
   b. ADR Information Sheet
   c. Copy of this Notice & Acknowledgment of Receipt form
   d. Stamped, self-addressed return envelope

(To be completed by recipient):

Date this form is signed:

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.USCourtForms.com |