JAMES L. JACOBS, State Bar No. 158277
ROBERT W. LUCKINBILL, State Bar No. 131977
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for Defendant
DRS Tactical Systems, Inc.

Filed
MAY - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR
E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALPILOT INTERNATIONAL CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>DRS TACTICAL SYSTEMS, INC., a Florida corporation, and DOES 1 to 10, inclusive<br><br>Defendant | No. C07 02481 RS<br><br>DRS TACTICAL SYSTEM, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

DRS Tactical Systems, Inc. is a wholly-owned subsidiary of DRS Tactical Systems Global Services, Inc., both Florida corporations. DRS Tactical Systems Global Services,

1  Inc., formerly known as Paravant Inc. is, in turn, a wholly-owned subsidiary of DRS
2  Technologies, Inc., a Delaware corporation.
3
4  Dated:        May 8, 2007

                                                GCA LAW PARTNERS LLP

                                                By _____
                                                      James L. Jacobs

                                                Attorneys for Defendant
                                                DRS Tactical Systems, Inc.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900

DRS Tactical Systems, Inc. Certification of        -2-
Interested Persons