1 | JAMES L. JACOBS, State Bar No. 158277
2 | ROBERT W. LUCKINBILL, State Bar No. 131977
  | GCA LAW PARTNERS LLP
  | 1891 Landings Drive
3 | Mountain View, CA 94043
  | Telephone: (650) 428-3900
4 | Facsimile: (650) 428-3901

5 | Attorneys for Defendant
  | DRS Tactical Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALPILOT INTERNATIONAL CORPORATION, a California corporation | No. C07 02481 RS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| DRS TACTICAL SYSTEMS, INC., a Florida corporation, and DOES 1 to 10, inclusive | |
| Defendant | |

## CERTIFICATE OF SERVICE

I, the undersigned declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to this action. My business address is 1891 Landings Drive, Mountain View, California 94043.

On May 9, 2007, I caused the following document(s):

Civil Cover Sheet;

DRS Tactical System, Inc.'s Certification of Interested Entities or Persons;

Notice of Removal of Action Pursuant to 28 U.S.C. §1441(b) [Diversity];

Order Setting Initial Case Management Conference and ADR Deadlines;

Certificate of Service                -1-

1  Welcome to the United States District Court For the Northern District of California,
2  Clerk's Office, San Jose Division letter;
3  Notice of Assignment of Case To A United States Magistrate Judge;
4  General Order No. 40 Prohibition of Bias;
5  ECF Registration Information Handout;
6  Notice of Electronic Availability of Case File Information;
7  Notice of Lawsuit and Request For Waiver of Service of Summons; and
8  Instructions For Completion of ADR Forms Regarding Selection of an ADR
9  Process (ADR Local Rule 3-5)
10 to be served on interested parties by the following manner:

11 [ X ] **(BY MESSENGER SERVICE)** I served the documents by placing them in an envelope or package addressed to the persons at the address listed below and providing them to a professional messenger service for service.

Stephen K. Lew, Esq.
5149 Moorpark Avenue, Suite 105
San Jose, California 95129

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Mountain View, California on the 9th day of May, 2007.

*/s/ Tina Ernst*

Tina Ernst