1  JAMES L. JACOBS, State Bar No. 158277
   ROBERT W. LUCKINBILL, State Bar No. 131977
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, CA 94043
   Telephone: (650) 428-3900
4  Facsimile: (650) 428-3901

5  Attorneys for Defendant
   DRS Tactical Systems, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

| 12 | PALPILOT INTERNATIONAL CORPORATION, a California corporation | No. C07 02481 RS |
|----|---|---|
| 13 | | STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT FOR DAMAGES |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | DRS TACTICAL SYSTEMS, INC., a Florida corporation, and DOES 1 to 10, inclusive | [Pursuant to Local Rule 6.1 (a)] |
| 17 | | |
| 18 | Defendant | |

19

20     WHEREAS, Plaintiff Palpilot International Corporation ("Palpliot") initially

21 commenced this action in the Superior Court of California in and for the County of Santa

22 Clara, as Case Number 107CV0833091;

23     WHEREAS, Defendant DRS Tactical Systems, Inc. ("DRS Tactical") filed a Notice

24 Of Removal Of Action Pursuant To 28 U.S.C. § 1441(b) ("Notice of Removal") with the

25 United Stated District Court for the Northern District of California on May 8, 2007;

26     WHEREAS, the deadline for DRS Tactical to answer or otherwise respond to the

27 Complaint ("Complaint") is May 16, 2007;

28

Stipulation to Extend Time            -1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900

1     WHEREAS, the deadline for Palpilot to file a motion to remand, pursuant to U.S.C. § 1447(c), is 30 days after the filing of the Notice of Removal, or June 7, 2007;

    WHEREAS, the parties are presently exploring the informal exchange of information in an effort to determine whether an early resolution of the dispute can be reached and agree that they would like to minimize the costs of the litigation pending those efforts;

    WHEREAS, the parties wish to extend the deadline for DRS Tactical to answer or otherwise respond to the Complaint and for Palpilot to file its Notice of Removal should it choose to do so pending the parties' efforts to informally exchange information;

    WHEREAS, the parties agree that the contemplated extension of this deadline will not alter the date of any event or any deadline already fixed by Court order in this matter.

    NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

    1.    DRS Tactical shall have until May 28, 2007 to answer or otherwise respond to the Complaint.

    2.    Palpilot shall have until June 18, 2007 to file a motion to remand pursuant to U.S.C. § 1447(c).

    3.    Counsel for DRS Tactical hereby attests that the concurrence of Mr. Lew, counsel for Palpilot, to file this Stipulation has been obtained.

Dated: May 14, 2007                  GCA LAW PARTNERS LLP

_____
James L. Jacobs

Attorneys for Defendant
DRS Tactical Systems, Inc.

\

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Dated: May 11, 2007

STEPHEN K. LEW, PROF. LAW CORP.



Stephen K. Lew

Attorneys for Plaintiff
Palpilot International Corporation

Stipulation to Extend Time                -3-