1  JAMES L. JACOBS, State Bar No. 158277
   ROBERT W. LUCKINBILL, State Bar No. 131977
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, CA 94043
   Telephone: (650) 428-3900
4  Facsimile: (650) 428-3901

5  Attorneys for Defendant
   DRS Tactical Systems, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | PALPILOT INTERNATIONAL              | No. C07 02481 RS
   | CORPORATION, a California corporation|
13 |                                      | FURTHER STIPULATION TO EXTEND
   |     Plaintiff,                       | THE TIME WITHIN WHICH TO
14 |                                      | ANSWER OR OTHERWISE RESPOND
   |     vs.                              | TO THE COMPLAINT FOR DAMAGES
15 |                                      |
   | DRS TACTICAL SYSTEMS, INC., a        | [Pursuant to Local Rule 6.1 (a)]
16 | Florida corporation, and DOES 1 to 10,|
   | inclusive                            |
17 |                                      |
   |     Defendant                        |
18

19
        WHEREAS, Plaintiff Palpilot International Corporation ("Palpliot") initially
20
   commenced this action in the Superior Court of California in and for the County of Santa
21
   Clara, as Case Number 107CV0833091;
22
        WHEREAS, Defendant DRS Tactical Systems, Inc. ("DRS Tactical") filed a Notice
23
   Of Removal Of Action Pursuant To 28 U.S.C. § 1441(b) ("Notice of Removal") with the
24
   United Stated District Court for the Northern District of California on May 8, 2007;
25
        WHEREAS, the initial deadline for DRS Tactical to answer or otherwise respond to
26
   the Complaint ("Complaint") was May 16, 2007;
27

28

Further Stipulation to Extend Time    -1-

1. WHEREAS, the initial deadline for Palpilot to file a motion to remand, pursuant to U.S.C. § 1447(c), is 30 days after the filing of the Notice of Removal, or June 7, 2007;

WHEREAS, pursuant to two earlier stipulations, the parties agreed to extend the deadlines for (a) DRS to answer or otherwise respond to the Complaint (to June 11, 2007) and (b) Palpilot to file a motion to remand pursuant to U.S.C. § 1447(c) (to July 2, 2007).

WHEREAS, the parties remain engaged in the informal exchange of information and settlement discussions in an effort to determine whether an early resolution of the dispute can be reached and agree that they would like to minimize the costs of the litigation pending those efforts;

WHEREAS, the parties wish to further extend the deadline for DRS Tactical to answer or otherwise respond to the Complaint and for Palpilot to file its motion to remand should it choose to do so pending the parties' efforts to exchange information and discuss settlement;

WHEREAS, the parties agree that the contemplated extension of this deadline will not alter the date of any event or any deadline already fixed by Court order in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. DRS Tactical shall have until June 21, 2007 to answer or otherwise respond to the Complaint.

2. Palpilot shall have until July 12, 2007 to file a motion to remand pursuant to U.S.C. § 1447(c).

3. Counsel for DRS Tactical hereby attests that the concurrence of Mr. Lew, counsel for Palpilot, to file this Stipulation has been obtained.

Dated: June 6, 2007

GCA LAW PARTNERS LLP

_____
James L. Jacobs

Attorneys for Defendant
DRS Tactical Systems, Inc.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2007 | STEPHEN K. LEW, PROF. LAW CORP. |
| 2 | | |
| 3 | | _____ |
| | | Stephen K. Lew |
| 4 | | |
| 5 | | Attorneys for Plaintiff |
| | | Palpilot International Corporation |

Further Stipulation to Extend Time       -3-