JAMES L. JACOBS, State Bar No. 158277
ROBERT W. LUCKINBILL, State Bar No. 131977
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for Defendant
DRS Tactical Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALPILOT INTERNATIONAL CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>DRS TACTICAL SYSTEMS, INC., a Florida corporation, and DOES 1 to 10, inclusive<br><br>Defendant | No. C07 02481 RS<br><br>SECOND FURTHER STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT FOR DAMAGES<br><br>[Pursuant to Local Rule 6.1 (a)] |

WHEREAS, Plaintiff Palpilot International Corporation ("Palpliot") initially commenced this action in the Superior Court of California in and for the County of Santa Clara, as Case Number 107CV0833091;

WHEREAS, Defendant DRS Tactical Systems, Inc. ("DRS Tactical") filed a Notice Of Removal Of Action Pursuant To 28 U.S.C. § 1441(b) ("Notice of Removal") with the United Stated District Court for the Northern District of California on May 8, 2007;

WHEREAS, the initial deadline for DRS Tactical to answer or otherwise respond to the Complaint ("Complaint") was May 16, 2007;

Second Further Stipulation to Extend Time    -1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900

WHEREAS, the initial deadline for Palpilot to file a motion to remand, pursuant to U.S.C. § 1447(c), is 30 days after the filing of the Notice of Removal, or June 7, 2007;

WHEREAS, pursuant to three earlier stipulations, the parties agreed to extend the deadlines for (a) DRS to answer or otherwise respond to the Complaint (to June 21, 2007) and (b) Palpilot to file a motion to remand pursuant to U.S.C. § 1447(c) (to July 12, 2007).

WHEREAS, the parties remain engaged in the informal exchange of information and settlement discussions in an effort to determine whether an early resolution of the dispute can be reached and agree that they would like to minimize the costs of the litigation pending those efforts;

WHEREAS, the parties wish to further extend the deadline for DRS Tactical to answer or otherwise respond to the Complaint and for Palpilot to file its motion to remand should it choose to do so pending the parties' efforts to exchange information and discuss settlement;

WHEREAS, the parties agree that the contemplated extension of this deadline will not alter the date of any event or any deadline already fixed by Court order in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1.  DRS Tactical shall have until July 18, 2007 to answer or otherwise respond to the Complaint.

2.  Palpilot shall have until August 6, 2007 to file a motion to remand pursuant to U.S.C. § 1447(c).

3.  Counsel for DRS Tactical hereby attests that the concurrence of Mr. Lew, counsel for Palpilot, to file this Stipulation has been obtained.

Dated: June 20, 2007

GCA LAW PARTNERS LLP

*/s/ James L. Jacobs*
James L. Jacobs
Attorneys for Defendant
DRS Tactical Systems, Inc.

1 | Dated: June 20, 2007

STEPHEN K. LEW, PROF. LAW CORP.

_____
Stephen K. Lew

Attorneys for Plaintiff
Palpilot International Corporation

Second Further Stipulation to Extend Time   -3-