1 | STEPHEN K. LEW, State Bar No. 069124
STEPHEN K. LEW, PROF. LAW CORP.
2 | 5149 Moorpark Avenue
Suite 105
3 | San Jose, CA 95129
Telephone: (408) 984-6525
4 | Facsimile: (408) 984-6526

5 | Attorneys for Plaintiff
PALPILOT INTERNATIONAL CORPORATION.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALPILOT INTERNATIONAL CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>DRS TACTICAL SYSTEMS, INC., a Florida corporation, and DOES 1 to 10, inclusive<br><br>Defendant | No. C07 02481 RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP § 41(a)(1)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff Palpilot International Corporation, voluntarily dismissed the above-captioned action WITHOUT prejudice. Defendants have not yet filed an Answer in this matter.

Dated: July 13, 2007

STEPHEN K. LEW, PROF. LAW CORP.

_____
Stephen K. Lew

Attorneys for Plaintiff
Palpilot International Corporation

Notice of Voluntary Dismissal        -1-